No. 89–6868.  NOWAK v. TREZEVANT.  Ct. App. D. C.  Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 14, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–6840.  IN RE HENDERSON.  Petition for writ of prohibition denied.

No. 87–6796.  FORD v. GEORGIA.  Sup. Ct. Ga.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 89–1363.  UNITED STATES v. FRANCE.  C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 89–1448.  VIRGINIA BANKSHARES, INC., ET AL. v. SANDBERG ET AL.  C. A. 4th Cir.  Motions of American Corporate Counsel Association and American Bankers Association et al. for leave to file briefs as *amici curiae* granted.  Motion of American Bankers Association et al. for leave to file an amended brief as *amici curiae* granted.  Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 89–5916.  DEMAREST v. MANSPEAKER ET AL.  C. A. 10th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 89–6332.  MINNICK v. MISSISSIPPI.  Sup. Ct. Miss.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.